AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Ecosphere Technologies, Inc., a Florida corporation <br><br> *Plaintiff(s)* <br> v. <br> In-Situ Treatment Technologies, LLC., a Pennsylvania Limited Liability Company and Raymond J. Roccon, an Individual <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 15-cv-14388-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  In-Situ Treatment Technologies, LLC
c/o Registered Agent
194 Shingle Hollow Road
Harmony, PA  16037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth W. Cohen, Esq.
McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL  33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Nov 12, 2015

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Ecosphere Technologies, Inc., a Florida corporation ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> In-Situ Treatment Technologies, LLC., a ) <br> Pennsylvania Limited Liability Company ) <br> and ) <br> Raymond J. Roccon, an Individual ) <br> *Defendant(s)* ) | Civil Action No. <br><br> 15-cv-14388-RLR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Raymond J. Roccon
130 Cherrington Drive
Cranberry Twp., PA 16066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth W. Cohen, Esq.
McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Nov 12, 2015

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts